AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bissoon, Cathy | US District Court for the Western District of Pa. | 07/20/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 3250
Pittsburgh, PA 15219

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | SAE International -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3//26/2015-3/29/2015 | New York, NY | Dinner in honor of federal judiciary | Airfare, one night's lodging, dinner and brunch for me and my spouse |
| 2. | Cornell Law School | 4/10/2015-4/12/2015 | Ithaca, NY | Attended moot court competition | Airfare, one night's lodging, and meals for me |
| 3. | Asian Pacific American Bar Association-PA/Hispanic Bar Association-PA | 11/12/2015-11/14/2015 | Philadelphia, PA | Speaker at two events | Both bar associations split the cost of two nights lodging and mileage. APABA-PA paid for my attendance at their annual dinner. |
| 4. | Sedona Conference | 5/17/2015-5/19/2015 | Miami, FL | Speaker at conference | Airfare, two night's lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - MS Liquid Asset Fund | A | Interest | | | Sold | 05/19/15 | J | | |
| 3. - Managers Systematic Mid Cap Vl. I | | None | | | Sold | 05/19/15 | K | | |
| 4. - Blackrock Low Dur BD Inv. Inst. | A | Dividend | | | Sold | 05/19/15 | K | | |
| 5. - Causeway Int'l Value Instl. | A | Dividend | | | Sold | 05/19/15 | M | | |
| 6. - Delaware Inv. Sm. Cap. Val. Inst. | A | Dividend | | | Sold | 05/19/15 | K | | |
| 7. - EV Income Fund of Boston I | A | Dividend | | | Sold | 05/19/15 | K | | |
| 8. - Invesco Premier Inst. | A | Dividend | | | Sold | 04/17/15 | J | | |
| 9. - Ivy Mid Cap Growth Fund Cl. I | | None | | | Sold | 05/19/15 | K | | |
| 10. - John Hancock Displand Val Inst. | A | Dividend | | | Sold | 05/20/15 | K | | |
| 11. - JPMorgan Dynamic Small Cap Growth Fund Select Class* | | None | | | Sold | 05/19/15 | K | | |
| 12. - Mainstay Large Cap Growth Fund Cl. I | | None | | | Sold | 05/19/15 | L | | |
| 13. - Metropolitan West Total Return Bond Fund Class I | A | Dividend | K | T | | | | | |
| 14. - Pimco Foreign Bond US Hedged P | A | Dividend | | | Sold | 04/17/15 | J | | |
| 15. - Virtus Insight Emerging Mkts. I | A | Dividend | | | Sold | 05/20/15 | K | | |
| 16. - Raymond James Bank Deposit Program | A | Interest | J | T | Open | 05/20/15 | J | | |
| 17. - AMG Times Square Small Cap Growth Fund Premier | | None | K | T | Buy | 05/20/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AQR Managed Futures Strategy Fund Class N N/L | B | Dividend | K | T | Buy | 05/20/15 | K | | |
| 19. - Aston/River Road Small Cap Val. Fund. Cl. I N/L | | None | K | T | Buy | 05/20/15 | K | | |
| 20. - Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 21. - Brown Advisory Growth Equity Fund Investor Shrs. | | None | K | T | Buy | 05/20/15 | K | | |
| 22. - Clarkston Partners Fund Instl. Class N/L | A | Dividend | K | T | Buy | 11/17/15 | K | | |
| 23. - Columbia Acorn Int'l Fund Class Z N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 24. - Deutsche Global Real Estate Sec. FD Cl. A M/F | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 25. - Europacific Growth Fund Class F2 | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 26. - JPMorgan Mid Cap Val. Fund Instl. Shares N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 27. - JPMorgan US Large Cap Core Plus Fund Sel. Cl. | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 28. - MFS Int'l Growth Fund Class I N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 29. - MFS Research Fund Class A M/F | A | Dividend | K | T | Buy | 11/17/15 | J | | |
| 30. - Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 31. Prudential Jennison Mid Cap Grth. Fund Cl. Z N/L | | None | J | T | Buy | 05/20/15 | K | | |
| 32. | | | | | | | | | |
| 33. IRA #2 | | | | | | | | | |
| 34. - MS Liquid Assets Fund | A | Interest | | | Sold | 05/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Managers Systematic Mid Cap Vl. I | | None | | | Sold | 05/19/15 | K | | |
| 36.   - AQR Managed Futures Strategy I | A | Dividend | | | Sold | 05/19/15 | K | | |
| 37.   - Blackrock Low Dur BD Inv Inst. | A | Dividend | | | Sold | 05/19/15 | K | | |
| 38.   - Causeway Int'l Value Instl. | | None | | | Sold | 05/19/15 | K | | |
| 39.   - Center Coast MLP Focus I | | None | | | Sold | 05/19/15 | K | | |
| 40.   - Delaware Inv. Sm. Cap. Val. Inst. | | None | | | Sold | 05/19/15 | K | | |
| 41.   - EV Income Fund of Boston I | A | Dividend | | | Sold | 05/19/15 | K | | |
| 42.   - Eaton Vance Commodity Strategy Fund Cl. I | | None | | | Sold | 05/19/15 | K | | |
| 43.   - Goldman Sachs Absolute Return Tracker Cl. I | | None | | | Sold | 04/17/15 | L | | |
| 44.   - Invesco Premier Inst. | A | Dividend | | | Sold | 04/17/15 | J | | |
| 45.   - Ivy Mid Cap Growth Fund Cl. I | | None | | | Sold | 05/19/15 | K | | |
| 46.   - John Hancock Displnd Val Inst. | A | Dividend | | | Sold | 05/19/15 | M | | |
| 47.   - JP Morgan Dynamic Small Cap Growth Fund Select Class | | None | | | Sold | 05/19/15 | K | | |
| 48.   -Mainstay Large Cap Growth Fund Cl. I | | None | | | Sold | 05/19/15 | M | | |
| 49.   - Metropolitan West Total Return Bond Fund Class I | A | Dividend | K | T | | | | | |
| 50.   -Virtus Insight Emerging Mkts. I | A | Dividend | K | T | | | | | |
| 51.   - Voya Global Real Estate FD Cl. I (formerly ING) | | None | | | Sold | 05/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Raymond James Bank Deposit Program | A | Interest | J | T | Open | 05/20/15 | J | | |
| 53. - American Mutual Fund Cl. F2-American Fds. N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 54. - Artisan Int'l Fund Investor Class N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 55. - Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | K | T | Buy | 11/18/15 | K | | |
| 56. - Champlain Mid Cap Fund Advisor Class N/L | | None | K | T | Buy | 05/20/15 | K | | |
| 57. - Clearbridge Dividnt Strategy Fund Cl. A M/F | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 58. - Dodge & Cox Income Fund N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 59. - Europacific Growth Fund Cl. F2-American Fds. N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 60. - Federated Instl. High Yield Bond Fd. Instl. Shrs. N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 61. - John Hancock Disciplined Val. Mid Cap. Fd. Cl. I N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 62. - JP Morgan US Large Cap Core Plus Fd. Sel. Cl. N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 63. - Loomis Sayles Growth Fd. Cl. Y N/L-Natixis Advisro | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 64. - MRS Research Fund Class A M/F | A | Dividend | L | T | Buy | 05/20/15 | K | | |
| 65. - Prudential Absolute Return Bond Fd. Cl. Z N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 66. - T. Rowe Price Small Cap Val. Fd. Adv. Class N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 67. - Templeton Global Bond Fd. Adv. Class N/L | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 68. - Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | Buy | 12/31/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Brokerage Account #1 | | | | | | | | | |
| 71. - Capital World Growth and Income Fund Class A | A | Dividend | K | T | | | | | |
| 72. - Growth Fund America Class A | A | Dividend | K | T | | | | | |
| 73. - New Perspective Fund Class A | A | Dividend | L | T | | | | | |
| 74. - Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |
| 75. - Morgan Stanley Bank N.A. Bank Deposit Program | A | Interest | | | Closed | 05/19/15 | J | | |
| 76. - Raymond James Bank Deposit Program | A | Interest | J | T | Open | 05/20/15 | J | | |
| 77. | | | | | | | | | |
| 78. Other Accounts and Holdings | | | | | | | | | |
| 79. - Allegent Community Federal Credit Union (Savings/CD) | A | Interest | J | T | | | | | |
| 80. - WesBanco (Savings) | A | Interest | K | T | | | | | |
| 81. - Ally Bank (SavingsCD) | A | Interest | J | T | | | | | |
| 82. - Ally Bank (Savings/CD) | A | Interest | M | T | Open | 02/10/15 | M | | |
| 83. - The Walt Disney Company | A | Dividend | J | T | | | | | |
| 84. - Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 85. - Biomass Secure Power (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | | None | M | T | | | | | |
| 87. - College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/20/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bissoon, Cathy | 07/20/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544